## Winters *v.* Boll, Appellant (No. 2).

Argued June 3, 1902.    Appeal, No. 13, May T., 1902, by defendant, from judgment of C. P. Dauphin Co., Sept. T., 1899, No. 362, on verdict for plaintiff in case of William L. Winters by his father and next friend, Thomas J. Winters, and Thomas J. Winters, in his own right, v. Boll Brothers Manufacturing Company.    Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.    Affirmed.

Verdict and judgment for plaintiff for $1,042.    Defendant appealed.

*C. H. Bergner*, for appellant.

*William M. Hargest* of *Hargest & Hargest*, for appellee.

OPINION BY MR. JUSTICE FELL, October 13, 1902:

The appellee in this case is the father of the appellee in Winters v. Boll, ante, p. 41, in which case an opinion has been filed.    For the reasons there stated the judgment is affirmed.